UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VALOUR LLC ET AL | CASE NO. 6:17-CV-01538 |
| VERSUS | JUDGE MICHAEL J. JUNEAU |
| U S A | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss, [Rec. Doc. 8], filed by the United States of America, is hereby **GRANTED**, pursuant to Federal Rule of Civil Procedure 12(b)(1), and the plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 15th day of April, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE